# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0285
_____

MATTHEW HALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

July 30, 2019

PER CURIAM.

AFFIRMED. Fla. R. Crim. P. 3.850(b)(1), (f)(1), & 3.850(h)(2).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew Hall, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.